UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLANO-NAPA COUNTIES ELECTRICAL WORKERS HEALTH AND WELFARE TRUST, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ZACHARY ALAN CAMERON,<br><br>　　　　Defendant. | Case No.  15-cv-05765-YGR   (DMR)<br><br>**ORDER TO SUBMIT SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT; SETTING HEARING ON MOTION**<br><br>Re: Dkt. No. 13 |

On February 24, 2016, Plaintiffs[1] filed a motion for default judgment. [Docket No. 13.] The motion was referred to the undersigned by the Hon. Yvonne Gonzalez Rogers for a Report and Recommendation. [Docket No. 14.]

Having reviewed that motion, this court determines that Plaintiffs did not brief their entitlement to the entry of default judgment pursuant to the factors enumerated in the Ninth Circuit's decision in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

Plaintiffs did not explain the basis for the 7% interest rate they applied or show how they calculated the interest amounts for each payment.

Plaintiff shall submit supplemental briefing explaining the basis for the 7% interest rate and showing how they calculated the amount of interest they seek to recover by **March 28, 2016**, to address the above deficiencies in the motion for default judgment.  Any opposition or statement

---

[1] Plaintiffs are Solano-Napa Counties Electrical Workers' Health and Welfare Trust, Solano-Napa Counties Electrical Workers' Pension Trust, Solano-Napa Counties Electrical Workers' Profit Sharing Plan, Solano-Napa Counties Joint Electrical Education and Training Trust, Solano-Napa Counties Labor Management Cooperation Trust, and National Electrical Fund (collectively "Trusts");  International Brotherhood of Electrical Workers Local 180 (hereinafter "Union"); and Dan Broadwater and Greg Armstrong who are trustees and fiduciaries of each trust.

of non-opposition is due no later than **April 4, 2016**.

You are hereby notified that the hearing on the motion is set for **April 14, 2016 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

**Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.**

**IT IS SO ORDERED.**

Dated: March 22, 2016

_____
Donna M. Ryu
United States Magistrate Judge